IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |  |
|---|---|---|
| JIM DAVID WAGONER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) | Case No. 7:15CV00570 |
| LEWIS GALE MEDICAL CENTER, LLC, | ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE TRIAL DATE

COME NOW the parties, Plaintiff Jim David Wagoner ("Plaintiff" or "Mr. Wagoner") and Defendant Lewis Gale Medical Center, LLC ("Defendant" or "Lewis Gale"), by counsel, and present this Joint Motion to Continue Trial Date. In support of the Motion, the parties provide the following:

1. This matter is currently set for a trial to begin on October 12, 2016. The dispositive motion deadline is currently August 25, 2016.

2. A full and complete exchange of written discovery has not occurred at this time. In particular, pursuant to the Hon. Robert S. Ballou's Order, entered July 13, 2016, Defendant anticipates producing the Electronically Stored Information in short order. The parties wish to fully exchange written discovery and have enough time to digest this information prior to embarking upon the dispositive motion phase of this matter.

3. Accordingly, the parties respectfully request that the Court consider continuing the trial date to January 5 & 6, 2017, which the parties understand is available on the Hon. Elizabeth K. Dillon's docket calendar.

1

WHEREFORE the parties, by counsel, hereby request the following relief:

a.  That the trial date be continued to January 5 & 6, 2017;

b.  That the other remaining deadlines in the Court's January 7, 2016 Scheduling Order [Dkt. No. 8] be continued respectively as provided in Exhibit A attached hereto; and

c.  Any other such relief that the Court should deem equitable.

                              Respectfully submitted,

                              /s/ Thomas E. Strelka
                              Thomas E. Strelka
                              L. Leigh R. Strelka
                              Strelka Law Office, PC
                              Warehouse Row
                              119 Norfolk Avenue, S.W.
                              Suite 330
                              Roanoke, VA  24011
                              (540) 283-0802
                              thomas@strelkalaw.com
                              leigh@strelkalaw.com
                              *Counsel for Plaintiff*

                              SEEN AND APPROVED:

                              /s/ Ashlee A. Webster
                              Susan Childers North (VSB #43068)
                              LeClairRyan, A Professional Corporation
                              5425 Discovery Park Boulevard, Suite 200
                              Williamsburg, VA  23188
                              Telephone: (757)941-2801
                              Fax: (757)941-2879
                              susan.north@leclairryan.com

                              Ashlee A. Webster (VSB#88265)
                              LeClairRyan, A Professional Corporation
                              1800 WellsFargo Tower, Drawer 1200
                              Roanoke, VA  24006
                              Telephone: (540)510-3000
                              Fax: (540)510-3050
                              ashlee.webster@leclairryan.com
                              *Counsel for Defendant*

# EXHIBIT A

**TRIAL DATE: January 5-6, 2016 (Jury Trial) at 9:30 a.m.**

| | |
|---|---|
| **DEADLINE TO FILE DISPOSITIVE MOTIONS:** | **80 days before trial date** |
| **DEADLINE FOR HEARINGS ON DISPOSITIVE MOTIONS:** | **45 days before trial date** |
| **DEADLINE FOR PARTIES TO EXCHANGE WITNESS AND EXHIBIT LISTS:** | **28 days before trial date** |
| **DEADLINE FOR MOTIONS IN LIMINE:** | **21 days before trial date** |
| **DEADLINE FOR DEPOSITION DESIGNATIONS:** | **21 days before trial date** |
| **DEADLINE FOR COUNTER DESIGNATIONS AND OBJECTIONS TO DEPOSITION DESIGNATIONS:** | **14 days before trial date** |
| **DEADLINE FOR OBJECTIONS TO COUNTER DESIGNATIONS:** | **7 days before trial date** |
| **DEADLINE FOR JURY INSTRUCTIONS, STATEMENT OF THE CASE, AND SPECIAL INTERROGATORIES:** | **7 days before trial date** |
| **DEADLINE FOR HEARING ON MOTIONS IN LIMINE AND MOTIONS OBJECTING TO DEPOSITION TESTIMONY OR TRIAL EXHIBITS:** | **7 days before trial date** |
| **FINAL PRETRIAL CONFERENCE:** | **7 days before trial date** |

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2016, I electronically filed this pleading on the Court's CM/ECF filing system which contemporaneously sent a Notice of Electronic Filing to:

>Susan Childers North (VSB #43068)
>LeClairRyan, A Professional Corporation
>5425 Discovery Park Boulevard, Suite 200
>Williamsburg, VA 23188
>Telephone: (757)941-2801
>Fax: (757)941-2879
>susan.north@leclairryan.com
>
>Ashlee A. Webster (VSB#88265)
>LeClairRyan, A Professional Corporation
>1800 WellsFargo Tower, Drawer 1200
>Roanoke, VA 24006
>Telephone: (540)510-3000
>Fax: (540)510-3050
>ashlee.webster@leclairryan.com
>
>*Counsel for Defendant*

/s/ Thomas E. Strelka